IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **NORMAN BOGGAN,** | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Case No. 2:06-CV-561-CSC |
| | * | |
| **CITY OF GREENVILLE,** | * | |
| **OFFICER TRAVIS JOHNSON,** | * | |
| Defendants. | * | |

## ENTRY OF APPEARANCE

COMES NOW Jay Lewis, attorney at law, to enter his appearance as additional counsel for Plaintiff and would pray that the Court and parties serve him with process and all needful papers.

RESPECTFULLY SUBMITTED on this the __30__ day of June, 2006.

/s/ JAY LEWIS
Jay Lewis, ASB-2014-E66J
LAW OFFICES OF JAY LEWIS, LLC.
P.O. Box 5059
Montgomery, AL 36103
334-263-7733 (Voice)
334-832-4390 (Fax)
J-Lewis@JayLewisLaw.com