IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **NORMAN BOGGAN,** | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Case No. 2:06-CV-561-WKW |
| | * | |
| **CITY OF GREENVILLE,** | * | |
| **OFFICER TRAVIS JOHNSON,** | * | |
| Defendants. | * | |

**ENTRY OF APPEARANCE**

COMES NOW Carol Gerard, attorney at law, to enter her appearance as additional counsel for Plaintiff and would pray that the Court and parties serve him with process and all needful papers.

RESPECTFULLY SUBMITTED on this the __24__ day of October, 2006.

/s/ CAROL GERARD
Carol Gerard
ASB-1075-L66G
LAW OFFICES OF JAY LEWIS, LLC.
P.O. Box 5059
Montgomery, AL 36103
334-263-7733 (Voice)
334-832-4390 (Fax)
carolgerard@jaylewislaw.com

Certificate of Service

      I hereby certify that an exact copy of the foregoing has been served on counsel of record listed below by placing same in the United States Mail postage prepaid and properly addressed or through the CM/ECF system on this the _24th_ day of October, 2006.

Rick A. Howard
Alex L. Holtsford
P.O. Box 4128
Montgomery, AL 36103-4128

                          /s/ CAROL GERARD
                          Carol Gerard
                          ASB-1075-L66G
                          LAW OFFICES OF JAY LEWIS, LLC.
                          P.O. Box 5059
                          Montgomery, AL 36103
                          334-263-7733 (Voice)
                          334-832-4390 (Fax)
                          carolgerard@jaylewislaw.com