**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK                                                    TELEPHONE (334) 954-3600

October 25, 2006

# NOTICE OF CORRECTION

From:   Clerk's Office

Case Style:   Boggan v. City of Greenville et al

Case Number:   2:06cv00561-WKW

**This Notice of Correction was filed in the referenced case this date to correct the PDF document previously attached to include the Certificate of Service.**

**The correct PDF document is attached to this notice for your review.   Reference is made to document # 13   filed on   October 24, 2006.**