IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| NORMAN BOGGAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:06-cv-561-WKW |
| | ) | |
| CITY OF GREENVILLE, *et al.,* | ) | |
| | ) | |
| Defendants. | ) | |

### **ORDER**

It is hereby ORDERED that the trial date set for July 9, 2007 is rescheduled for the term of court commencing on July 23, 2007 in Montgomery, Alabama. A pretrial conference is scheduled for May 30, 2007, in the Frank M. Johnson U.S. Courthouse Complex, One Church Street, Montgomery, Alabama.

Done this the 18th day of January, 2007.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE