IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| Norman Boggan, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| vs. | * | 2:06-CV-561-CSC |
| | * | |
| City of Greenville, Alabama, and | * | |
| Officer Travis Johnson, | * | |
| | * | |
| Defendants. | * | |

## STIPULATION OF DISMISSAL

COME NOW the parties to the above referenced case and respectfully request the Court to dismiss Norman Boggan's claims against Officer Travis Johnson and the City of Greenville with prejudice, with each party to bear his or her own costs, including attorney fees.

Respectfully submitted,

_____
Rick A. Howard (HOW045)
Attorney for Defendants

_____
Andy Nelms
Jay Lewis
Attorneys for Plaintiff